UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TONY C. BORQUEZ,

    Petitioner,

vs.

M. JIMENEZ, Warden,

    Respondent.

No. C 07-0926 PJH (PR)

**ORDER OF DISMISSAL**

The court denied petitioner's request for leave to proceed in forma pauperis because he has a substantial amount of money in his prisoner account. He was given thirty days from the date the order was entered, October 12, 2007, to pay the filing fee, and was warned that if he did not the case would be dismissed. He has not paid the fee. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: December 18, 2007.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.07\borquez0926.DSM.wpd